CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 19 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SUBRENNA ROSS, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 7:14-CV-00512<br>) |
| | ) **ORDER** |
| COUNTY OF FRANKLIN,<br>VIRGINIA, | )<br>) By: Hon. Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant. | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the County's motion to dismiss (Docket No. 37) is **GRANTED**. The Clerk is directed to **STRIKE** the County as a defendant in this case.

The Clerk is directed to send a certified copy of this order to all counsel of record.

ENTER: This 19th day of November, 2015.

/s/ Glen Conrad
Chief United States District Judge