IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SUBRENNA ROSS, | )<br>) |
| Plaintiff, | )<br>) Civil Action No. 7:14-CV-00512<br>) |
| v. | ) **ORDER**<br>) |
| FRANKLIN COUNTY BOARD<br>OF PUBLIC WELFARE, | ) By: Hon. Glen E. Conrad<br>) Chief United States District Judge<br>) |
| Defendant. | )<br>)<br>) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the defendant's motion for summary judgment is **DENIED IN PART AND GRANTED IN PART.**

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the defendant and all counsel of record.

ENTER: This 27th day of March, 2017

_____
Chief United States District Judge